# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | |
|---|---|
| THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EDNA HUTCHINS and SHEILA ANN WOODLEY, )<br>)<br>Defendants. ) | Civil Action No.<br>5:22-cv-00099-DCB-BWR |

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** Plaintiff The Western and Southern Life Insurance Company ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and hereby dismisses without prejudice of all of Plaintiff's claims against Defendants Edna Hutchins and Sheila Ann Woodley. Plaintiff agrees to bear its own costs, attorneys' fees, and expenses.

Respectfully submitted this the 15th day of May, 2023.

*/s/Jason A. Walters*
Jason A. Walters (100867)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jwalters@bradley.com

*Attorney for The Western and Southern Life Insurance Company*

1